# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132281(49)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BEVERLY GARGES,
          Plaintiff-Appellant,

v

PATRICIA TODD, d/b/a LAST CHANCE
PARTY STORE,
          Defendant-Appellee.

SC: 132281
COA: 260084
Jackson CC: 03-001448-NO

_____/

On order of the Court, the motion for reconsideration of this Court's February 7, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

p0416

_____
Clerk